

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BASELINE ENERGY SERVICES, L.P., | § | No. 08-20-00120-CV |
| Appellant, | § | Appeal from the |
| v. | § | 358th District Court |
| CHARLES CONDIT, | § | of Ector County, Texas |
| Appellee. | § | (TC# D-19-09-1254-CV) |

## J U D G M E N T

The Court has considered this cause on the joint motion to set aside the judgment and remand the case to the trial court and concludes the motion should be granted. We therefore set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF OCTOBER, 2020

JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.